# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL CASE NO. 2:12-cv-000045-MR

| | |
|---|---|
| JULIAN C. HUTCHINS, SR. and ) <br> ALANA W. HUTCHINS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> WELLS FARGO BANK, N.A., ) <br> ) <br> Defendant. ) <br> _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss [Doc. 5].

The facts, legal issues, and causes of action asserted by the parties in the present matter are substantially similar to those in the case of <u>Beritelli, et al. v. Wells Fargo Bank, N.A., et al.</u>, No. 1:11-cv-00179-MR (W.D.N.C.), and the same attorneys appear on behalf of the parties in both actions. Even though these cases have not been consolidated, and were in fact previously severed [<u>see</u> Civil Case No. 1:11-cv-00179-MR, Doc. 83], the decision of this Court in the Order previously entered in <u>Beritelli</u> addresses and disposes of all of the issues raised by the motion currently

before the Court in this matter. The Order in <u>Beritelli</u>, therefore, is incorporated herein, and the current motion will be disposed of in accord therewith.

## O R D E R

**IT IS, THEREFORE ORDERED** that the Defendant's Motion to Dismiss [Doc. 5] is **GRANTED IN PART** and **DENIED IN PART**. Specifically, with respect to the Plaintiff's claim for negligent misrepresentation, the Motion to Dismiss [Doc. 5] is **GRANTED** and this claim is **DISMISSED**. In all other respects, the Motion to Dismiss [Doc. 5] is **DENIED**.

**IT IS SO ORDERED.** Signed: September 30, 2013

Martin Reidinger
United States District Judge